**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Octavius Paul SMITH, Defendant–
Appellant.**

No. 15–20002
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 19, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Joanne Marie Musick, Musick & Musick, L.L.P., Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Octavius Paul Smith on appeal has filed a motion to withdraw and a brief that relies on *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Smith has not filed a response.

The "fugitive disentitlement doctrine" is an equitable doctrine that "limits a criminal defendant's access to the judicial system whose authority he evades." *Bagwell v. Dretke*, 376 F.3d 408, 410–13 (5th Cir. 2004) (internal citation omitted). Smith failed to report to begin serving his sentence on January 2, 2015, and has not returned to custody since he became a fugitive. It is unlikely that Smith will return, under his own volition or otherwise, in the foreseeable future. Under the circumstances, dismissal of Smith's appeal is appropriate. Dismissal of the appeal is further supported by enforceability concerns, serves an important deterrent function, and "advances an interest in efficient, dignified appellate practice." *Ortega–Rodriguez v. United States*, 507 U.S. 234, 240–42, 113 S.Ct. 1199, 122 L.Ed.2d 581 (1993); *Bagwell*, 376 F.3d at 410–13.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Accordingly, the appeal is DISMISSED. Counsel's motion to withdraw is DENIED as moot.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Michael NELSON, Defendant–Appellant.**

**No. 15–30340**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 19, 2016.

Edward John Rivera, Esq., Assistant U.S. Attorney, Kevin G. Boitmann, Assistant U.S. Attorney, Diane Hollenshead Copes, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Jordan Mark Siverd, Assistant Federal Public Defender, Gary V. Schwabe, Jr., Esq., Assistant Federal Public Defender, Federal Public Defender's Office, New Orleans, LA, for Defendant–Appellant.

Before STEWART, Chief Judge, and OWEN and COSTA, Circuit Judges.

published and is not precedent except under

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.